## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| DONELLA HARRIEL, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 1:26-cv-01575 |
| Plaintiff, |  |
| vs. |  |
| UMZU LLC, |  |
| Defendant. |  |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: May 20, 2026

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com
Counsel for Plaintiff